UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

CARL LIEDKE,
    a/k/a "Cmaj1955@aol.com,"

           Defendant.

- - - - - - - - - - - - - - - - - - - x

ORIGINAL

INDICTMENT

08 Cr. 653

COUNT ONE

The Grand Jury charges:

1. On or about March 17, 2008, in the Southern District of New York and elsewhere, CARL LIEDKE, a/k/a "Cmaj1955@aol.com," the defendant, unlawfully, willfully, and knowingly did receive and distribute material containing child pornography that had been mailed and shipped and transported in interstate or foreign commerce by any means, including by computer, to wit, LIEDKE sent via email to others in excess of 25 images containing child pornography.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

COUNT TWO

The Grand Jury further charges:

2. From in or about March 2008 through in or about May 2008, in the Southern District of New York and elsewhere, CARL LIEDKE, a/k/a "Cmaj1955@aol.com," the defendant, using facilities and means of interstate commerce, unlawfully, willfully, and knowingly attempted to persuade, induce, and entice an individual

who had not attained the age of 18 years to engage in sexual activity for which a person can be charged with a criminal offense.

(Title 18, United States Code, Section 2422(b).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney